AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Discover Growth Fund,
              Plaintiff (s),
V.
6D Global Technologies Inc., et al.
              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:15-cv-07618-PKC

Notice is hereby given that, subject to approval by the court, __Plaintiff Discover Growth Fund__ substitutes
(Party (s) Name)

__Lesley F. Portnoy of Glancy Prongay & Murray LLP__, State Bar No. __4832903__ as counsel of record in
(Name of New Attorney)

place of __Robert F. Serio of Gibson, Dunn & Crutcher, LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Glancy Prongay & Murray LLP |
| Address: | 122 East 42nd Street, Suite 2920, New York, NY 10168 |
| Telephone: | (212) 682-5340    Facsimile (212) 884-0988 |
| E-Mail (Optional): | lportnoy@glancylaw.com |

I consent to the above substitution.

Date: May 25, 2016

DISCOVER GROWTH FUND
By: _____
(Signature of Party (s))

I consent to being substituted.

Date: May 25, 2016

GIBSON, DUNN & CRUTCHER LLP
By: _____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: May 26, 2016

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

