UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISCOVER GROWTH FUND,<br><br>                    Plaintiff,<br><br>     v.<br><br>6D GLOBAL TECHNOLOGIES INC., et al.<br><br>                    Defendants. | Case No. 1:15-cv-07618-PKC<br><br>**DECLARATION OF LESLEY F. PORTNOY** |

I, Lesley F. Portnoy, hereby declare as follows:

1.  I am an attorney admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York. I am an associate with the law firm of Glancy Prongay & Murray LLP.

2.  I respectfully submit this declaration, pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District of New York, in support of the Substitution of Attorney, substituting Glancy Prongay & Murray LLP for Gibson, Dunn & Crutcher, LLP as counsel of record for plaintiff Discover Growth Fund in the above-captioned action.

3.  Discover Growth Fund has requested that Glancy Prongay & Murray LLP represent it in this action and has consented to the withdrawal of Gibson, Dunn & Crutcher, LLP.

4.  I respectfully submit that the substitution of counsel will not unnecessarily delay this action or prejudice any party, and therefore respectfully request that the Court approve the Substitution of Attorney submitted herewith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of May, 2016, in Los Angeles, California.

Dated: May 26, 2016

**GLANCY PRONGAY & MURRAY LLP**

By: _____
Lesley F. Portnoy (LP-1941)
122 East 42nd Street, Suite 2920
New York, New York 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
lportnoy@glancylaw.com

*Counsel for Plaintiff*