UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DISCOVER GROWTH FUND,

                Plaintiff,                15-cv-7618 (PKC)

   -against-                ORDER

6D GLOBAL TECHNOLOGIES, INC. et al.,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

      Upon consent of the plaintiff, defendants' motion to compel arbitration (Dkt. No. 60) is GRANTED.  The matter is stayed pending a final decision in the arbitration.

      SO ORDERED.

                                                            P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
       October 6, 2016